WALTER S. CARR, Appellant, *v.* JOHN CHARLES ANDERSON, Respondent.

Reported below, 6 App. Div. 6.
(Submitted October 2, 1899; decided October 10, 1899.)

MOTION to advance on present calendar an appeal from a judgment of the Appellate Division of the Supreme Court in

the second judicial department, entered June 9, 1896, affirming a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Special Term.

The motion was made upon the ground that the appeal was entitled to a place upon the present calendar as No. 331, but through the omission of a preceding attorney to file the necessary notice, it was put at the end of the calendar under rule 19.

*John J. Leary* for motion.

No one opposed.

Motion granted, without costs.